**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* _____    Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Modern Farm LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **81-2708810** |
| **4.** | **Debtor's address** | **Principal place of business**<br>**1076 W. Chandler Blvd, Ste 113**<br>**Chandler, AZ 85224**<br>Number, Street, City, State & ZIP Code<br><br>**Maricopa**<br>County | **Mailing address, if different from principal place of business**<br>**12705 E. Via de Palmas**<br>**Chandler, AZ 85249**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

| Debtor | **Modern Farm LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
\_\_\_\_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No
■ Yes.

| Debtor | **Sean Benjamin Cooke and Cynthia Louise Cooke** | Relationship | **Member and/or Manager** |
|---|---|---|---|
| District | **Arizona** | When | Case number, if known |

Debtor  **Modern Farm LLC**  Case number (*if known*) _____
       Name

| Debtor | **Modern Farm LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Modern Farm LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 15, 2023**
MM / DD / YYYY

X **/s/ Sean Cooke**
Signature of authorized representative of debtor

**Sean Cooke**
Printed name

Title **Manager**

Email Address of debtor

**18. Signature of attorney**

X **/s/ D. LAMAR HAWKINS**
Signature of attorney for debtor

Date **August 15, 2023**
MM / DD / YYYY

**D. LAMAR HAWKINS**
Printed name

**Guidant Law, PLC**
Firm name

**402 E. Southern Ave**
**Tempe, AZ 85282**
Number, Street, City, State & ZIP Code

Contact phone **602-888-9229**   Email address **lamar@guidant.law**

**013251 AZ**
Bar number and State

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Air Capital Nevada** | | **1976 Piper PA32R-300 (total value $45,000 - Debtor's interest is 50% co-owned with Brian Osborn)** | | $28,000.00 | $22,500.00 | $5,500.00 |
| **BMO Harris**<br>**PO Box 2008**<br>**Milwaukee, WI 53201** | | **Business Credit Card** | | | | $11,030.15 |
| **BMO Harris Bank**<br>**PO Box 2008**<br>**Milwaukee, WI 53201** | | **Business Loan** | **Contingent Unliquidated** | | | $80,000.00 |
| **Channel Partners LLC**<br>**10900 Wayzata Blvd, #300**<br>**Minnetonka, MN 55305** | | **1992 GMC C7000** | | $13,000.00 | $7,750.00 | $5,250.00 |
| **Chase**<br>**PO Box 15369**<br>**Wilmington, DE 19850** | | **Business Debt** | | | | $6,932.17 |
| **CIT Bank, N.A.**<br>**155 Commerce Way**<br>**Portsmouth, NH 03801** | | **2022 Wolverine Auger w/2 bits, 2022 Mowerking Trencher, 2022 Land honor root Rake, 2022 root Grapple Bucket with Teeth, 2022 Spade Style Stump Bucket** | | $13,224.00 | $5,000.00 | $8,224.00 |

| Debtor | Modern Farm LLC | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Fundfi Merchant Funding**  c/o Glenn Francis Russell, Jr.  38 Rock St, Suite 12  Fall River, MA 02720 | | **Accounts receivable** | | $24,500.00 | $0.00 | $24,500.00 |
| **IPFS Corporation**  PO Box 412086  Kansas City, MO 64141 | | **business debt** | | | | $2,577.07 |
| **Small Business Administration**  10737 Gateway West, #300  El Paso, TX 79935 | | **Inventory, equipment, deposit accounts, etc.** | | $38,000.00 | $0.00 | $38,000.00 |
| **Swift Financial aka PayPal**  3505 Silverside Rd., Ste 200  Wilmington, DE 19810 | | **Accounts receivable, deposit accounts, personal property, equipment, inventory, etct.** | **Unliquidated** | $115,940.42 | $0.00 | $115,940.42 |

Modern Farm LLC -

AIR CAPITAL NEVADA


BMO HARRIS
PO BOX 2008
MILWAUKEE WI 53201


BMO HARRIS BANK
PO BOX 2008
MILWAUKEE WI 53201


CHANNEL PARTNERS LLC
10900 WAYZATA BLVD, #300
MINNETONKA MN 55305


CHASE
PO BOX 15369
WILMINGTON DE 19850


CIT BANK, N.A.
155 COMMERCE WAY
PORTSMOUTH NH 03801


FUNDFI MERCHANT FUNDING
C/O GLENN FRANCIS RUSSELL, JR.
38 ROCK ST, SUITE 12
FALL RIVER MA 02720


IPFS CORPORATION
PO BOX 412086
KANSAS CITY MO 64141


SEAN AND CYNTHIA COOKE
12705 E VIA DE PALMAS
CHANDLER AZ 85249


SMALL BUSINESS ADMINISTRATION
10737 GATEWAY WEST, #300
EL PASO TX 79935


STUART-LIPPMAN AND ASSOCIATES, INC.
5447 E 5TH ST., #110
TUCSON AZ 85711-2345

Modern Farm LLC -


SWIFT FINANCIAL AKA PAYPAL
3505 SILVERSIDE RD., STE 200
WILMINGTON DE 19810


SWIFT FINANCIAL C/O CAPEHART SCATCHARD
ATTN: SERGIO I SCUTERI
8000 MIDLANTIC DR., STE 300S
MOUNT LAUREL NJ 08054